United States District Court
Southern District of Texas
**ENTERED**
July 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RENE GAMBOA | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | |
| AMERICAN SECURITY INSURANCE COMPANY | ) ) | M-16-316 |

ORDER OF REMAND

On this day came on to be considered the Parties' "Agreed Motion to Remand" and the Court is of the opinion that said motion should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that the Parties "Agreed Motion to Remand" is GRANTED and the above-styled case is hereby REMANDED to the 332nd Judicial District Court of Hidalgo County, Texas, and the Clerk shall take the necessary steps to effectuate said remand.

The Clerk shall send a copy of this Order of Remand to counsel for the parties.

DONE on this 14th day of July, 2016, at McAllen, Texas.

_____
Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE